# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL ACTION NO. 3:10-CV-473-RLV-DSC

| | |
|---|---|
| **Renee Houghton,** | |
| **Plaintiff** | |
| vs. | |
| **Douglas Hague, individually; Bank of America Corporation; John Does 1-2 & Jane Roes 1-2, individually and as agents and employees of Bank of America Corporation; Jennifer Torres, individually; Adecco USA, Inc. d/b/a Adecco Solutions; John Does 3-10, individually and as employees and agents of Adecco USA, Inc.** | **ORDER ALLOWING SUBSTITUTION OF PARTY** |
| **Defendants** | |

On the Motion of Plaintiff Renee Houghton to substitute **"Bank of America, N.A."** as a party-Defendant for the currently named Defendant **"Bank of America Corporation,** it is ORDERED that "Bank of America, N.A." be substituted as party-Defendant for the currently named Defendant **"Bank of America Corporation,** and that all references to "Bank of America" or "the Bank" in the body of the Complaint shall mean and refer to "Bank of America, N.A."

It is further Ordered that the caption in this case shall hereafter read:

**Douglas Hague, individually; Bank of America, N.A.; John Does 1-2 & Jane Roes 1-2, individually and as agents and employees of Bank of America, N.A.; Jennifer Torres, individually; Adecco USA, Inc. d/b/a Adecco Solutions; John Does 3-10, individually and as employees and agents of Adecco USA, Inc.**

It is further Ordered that Defendants Bank of America N.A. and Hague shall file an amended Answer to account for the substitution of parties within 14 days from the date this Order is filed.

**SO ORDERED.**                    Signed: October 25, 2010

David S. Cayer
United States Magistrate Judge