IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-473-MOC-DSC

| | |
|---|---|
| RENEE HOUGHTON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| Douglas Hague, individually; Christy L. Allen individually and as an employee of Bank of America N.A.; Bank of America N.A.; John Does 1-2 & Jane Roe 1, individually and as agents and employees of Bank of America N.A. | ) |
| | ) |
| Defendants | ) |

ORDER GRANTING MOTION TO
WITHDRAW AND EXTENDING DEADLINES

**THIS MATTER** coming on to be heard on the Motion of Vicki B. Rowan, Attorney for Plaintiff, to be allowed to withdraw as counsel for Plaintiff, and good cause having been shown to allow the Motion, it is hereby **ORDERED**:

1. Vicki B. Rowan is hereby allowed to withdraw as counsel for Plaintiff Renee Houghton;

2. The deadline for reports from Defendants' expert witnesses is extended to September 30, 2011;

3. The deadline for completion of discovery, including the deadline to depose expert witnesses, is extended to October 31, 2011;

4. The deadline for all motions, except motions in limine or for continuance, is extended to November 30, 2011;

5. The mediation deadline is extended to November 16, 2011.

6. Within 60 days of the date of this Order, either new counsel for Plaintiff shall make an appearance in this case or Plaintiff shall notify the Court and defense counsel of her intent to proceed pro se.

**SO ORDERED**.        Signed: July 26, 2011

David S. Cayer
United States Magistrate Judge